IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01104–MSK–KMT

MARGO WAISANEN,

      Plaintiff,

v.

TERRACON CONSULTANTS, INC.,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Compel Discovery" (Doc. No. 39, filed February 17, 2010) is DENIED without prejudice pursuant to the jurisdictional stay implicit in Title 9 U.S.C. § 16(a). *See*, *McCauley v. Halliburton Energy Services, Inc.* 413 F.3d 1158, 1162 (10th Cir. 2005); *Hardin v. First Cash Financial Services, Inc.*, 465 F.3d 470, 474 (10th Cir. 2006). Plaintiff is granted leave to re-file the motion, if necessary, after ruling by the Tenth Circuit Court of Appeals or upon further Order of the District Court.

All pending discovery dates contemplated by the Scheduling Order (Doc. No. 15, as amended on December 22, 2009) shall be terminated.

Dated: March 2, 2010