IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01104–MSK–KMT

MARGO WAISANEN,

    Plaintiff,

v.

TERRACON CONSULTANTS, INC.

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the "Unopposed Motion to Withdraw as Counsel" (# 71, filed May 17, 2010). Being otherwise fully advised, it is hereby ORDERED that the Motion (# 71) is GRANTED. Attorney Charles W. Weese is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Weese from the electronic certificate of mailing.

Dated: May 17, 2010