**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover            Date:   December 14, 2010
Court Reporter:      Gwen Daniel

Civil Action No.  09-cv-01104-MSK-KMT

_Parties_:                                    _Counsel Appearing:_

MARGO WAISANEN,                              Leslie Ghiz (by telephone)

          Plaintiff,

v.

TERRACON CONSULTANTS, INC.,                   Colleen Rea

          Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING:   Rule 16

**2:06 p.m.      Court in session.**

The Court addresses plaintiff's Motion for Leave to File an Amended Response (**Doc. #98**)

**ORDER:**      Motion for Leave to File an Amended Response (**Doc. #98**) is **DENIED as moot.**

The Court addresses defendant's Motion for Summary Judgment (**Doc. #80**)

No further argument.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**      Defendant's Motion for Summary Judgment (Doc. #80) is GRANTED in part and
             DENIED in part.  Defendant is entitled to judgment in its favor on plaintiff's
             ADA and ERISA claims, but plaintiff's claims for sex, age, and FMLA
             discrimination will proceed to trial.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses plaintiff's Motions to Seal (Doc. #89, #98).

No further argument.

**ORDER:**     Motions to Seal (**Doc. #78 and #89**) are **DENIED,** but the documents will remain
            sealed.

The Court addresses setting the Final Pretrial Conference.

**ORDER:**     Final Pretrial Conference set on **May 24, 2011, at 1:00 p.m.**, in Courtroom A901,
            901 19th Street, Denver, CO.  The Final Pretrial Order will be filed pursuant to the
            format and time set forth in the Trial Preparation Order.  Proposed Jury
            Instructions will be filed on the same day as the Final Pretrial Order.

**2:48 p.m.**      **Court in recess.**

**Total Time:**   **42 minutes.**
**Hearing concluded.**